LAW OFFICE OF KURT DAVID HERMANSEN
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone:   (619) 236-8300
Facsimile:    (619) 236-8400
KDH@KurtDavidHermansen.com
Attorney for Defendant
GUILLERMO GARCIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr3192 IEG |
| Plaintiff, ) | NOTICE OF MOTIONS AND MOTIONS: |
| v. ) | (1)  TO COMPEL DISCOVERY |
| ) | (2)  PRESERVE EVIDENCE; AND |
| GUILLERMO GARCIA, ) | (3)  FOR LEAVE TO FILE FURTHER MOTIONS. |
| Defendant. ) | Date: January 7, 2008 at 2:00 p.m. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY AND MELANIE K. PIERSON, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on **January 7, 2008 at 2:00 p.m.**, or as soon thereafter as counsel may be heard, Defendant, GUILLERMO GARCIA, by and through counsel, Kurt David Hermansen, will ask this Court to enter an order granting the following motions.

**MOTIONS**

Defendant, GUILLERMO GARCIA, by and through counsel, Kurt David Hermansen, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1. compelling discovery
2. preserving evidence; and
3. granting leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Dated: *December 4, 2007*                    *s/Kurt David Hermansen*
                                                                        Attorney for Defendant
                                                                        Email: KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr2653 DMS |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| FERNANDO ALONSO MENDOZA-FELIX, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF MOTION AND MOTIONS: (1) TO COMPEL DISCOVERY; (2) PRESERVE EVIDENCE; AND (3) FOR LEAVE TO FILE FURTHER MOTIONS & MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

**Melanie K. Pierson**
Efile.dkt.gc2@usdoj.gov

Manual e-mail sent to Melanie Pierson at Melanie.Pierson@usdoj.gov.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _December 4, 2007_           s/*Kurt David Hermansen*
                                          Attorney for Defendant
                                          KDH@KurtDavidHermansen.com