| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | MELANIE K. PIERSON |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 112520 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5685/(619) 557-7055 (Fax) |
| | Email: melanie.pierson@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3192-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| GUILLERMO GARCIA (1), | ) | |
| IVAN GARCIA OLIVER (2), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Melanie K. Pierson | 112520 | (619) 557-5685 | Melanie.Pierson@usdoj.gov |

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:
3     <u>Name</u>              <u>Cal. Bar No.</u>   <u>Telephone No.</u>     <u>Email Address</u>
4  NONE
5  Please call me if you have any questions about this notice.
6  DATED: December 5, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Melanie K. Pierson

MELANIE K. PIERSON
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Melanie.Pierson@usdoj.gov

Notice of Appearance
United States v. Guillermo Garcia, et al.   2                07cr3192-IEG

|     |     |     |
| --- | --- | --- |
| 1   | UNITED STATES DISTRICT COURT | |
| 2   | SOUTHERN DISTRICT OF CALIFORNIA | |
| 3   | UNITED STATES OF AMERICA, ) | Case No. 07cr3192-IEG |
| 4   | Plaintiff, ) | |
| 5   | v. ) | CERTIFICATE OF SERVICE |
| 6   | GUILLERMO GARCIA (1), ) IVAN GARCIA OLIVER (2), ) | |
| 7   | Defendants. ) | |

1  
2  
3  
4  
5  
6  
7  
8  

9   IT IS HEREBY CERTIFIED THAT:

10   I, MELANIE K. PIERSON, am a citizen of the United States and am at least eighteen years

11   of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

12   I am not a party to the above-entitled action. I have caused service of Government's Notice

13   of Appearance on the following parties by electronically filing the foregoing with the Clerk of the

14   District Court using its ECF System, which electronically notifies them.

15   **Kurt David Hermansen, Esq. (KDH@KurtDavid Hermansen.com)**

16   I declare under penalty of perjury that the foregoing is true and correct.

17   Executed on December 5, 2007.

18                                                                               s/Melanie K. Pierson

19                                                                               MELANIE K. PIERSON
                                                                                  Assistant United States Attorney
20                                                                               Attorneys for Plaintiff
                                                                                  United States of America
21                                                                               Email: melanie.pierson@usdoj.gov

22  
23  
24  
25  
26  
27  

28   Notice of Appearance
     United States v. Guillermo Garcia, et al.        3                                         07cr3192-IEG