AO 442

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

Guillermo Garcia (1)

WARRANT FOR ARREST 1417362

CASE NUMBER: 07cr3192-IEG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Guillermo Garcia (1)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 33:1311, 1342 and 1319(c)(2)(A); 42:6928(d)(2); 42:9603(b)(3); 18:2

In violation of Title    See Above    United States Code, Section(s)

W. Samuel Hamrick, Jr.                              Clerk of the Court
Name of Issuing Officer                             Title of Issuing Officer

AVAUNTI VICTORIA                                    11/27/07 San Diego, CA
Signature of Deputy                                 Date and Location

Bail fixed at $    No Bail    by    The Honorable Anthony J. Battaglia
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

FBI                                                                 2699