**ORIGINAL**

KAREN P. HEWITT
United States Attorney
MELANIE K. PIERSON
Assistant U.S. Attorney
California State Bar No. 112520
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5685/(619) 557-7055 (fax)
Melanie.Pierson@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
JAN 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO GARCIA (1),<br><br>Defendant. | Criminal Case No.07cr3192-IEG<br><br>DATE: January 7, 2008<br>TIME: 2:00 p.m.<br><br>GOVERNMENT'S NOTICE OF MOTION AND MOTIONS FOR RECIPROCAL DISCOVERY AND FOR CONTINUANCE |

**TO: Kurt David Hermansen, Esq., Counsel for defendant GUILLERMO GARCIA**

PLEASE TAKE NOTICE that on Monday, January 7, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and MELANIE K. PIERSON, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery and for Continuance.

## MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and MELANIE K. PIERSON, Assistant United States Attorney, will hereby move the court for an order granting the Government's motions for reciprocal discovery and for continuance.

DATED: January 7, 2008.

>Respectfully submitted,
>
>KAREN P. HEWITT
>United States Attorney
>
>
>MELANIE K. PIERSON
>Assistant United States Attorney
>Attorneys for Plaintiff
>United States of America
>Melanie.Pierson@usdoj.gov

1  KAREN P. HEWITT
   United States Attorney
2  MELANIE K. PIERSON
   Assistant U.S. Attorney
3  California State Bar No. 112520
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5685/(619) 557-7055 (fax)
   Melanie.Pierson@usdoj.gov
6

7  Attorneys for Plaintiff
   United States of America
8

FILED
JAN 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,        )   Criminal Case No. 07cr3192-IEG
                                     )
12              Plaintiff,           )   DATE: January 7, 2008
                                     )   TIME: 2:00 p.m.
13       v.                          )
                                     )   STATEMENT OF FACTS AND
14  GUILLERMO GARCIA (1),            )   MEMORANDUM OF POINTS AND
                                     )   AUTHORITIES IN SUPPORT OF
15              Defendant.           )   GOVERNMENT'S MOTIONS FOR
                                     )   RECIPROCAL DISCOVERY AND
16                                   )   FOR CONTINUANCE
                                     )
17

18       COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

19  KAREN P. HEWITT, United States Attorney, and MELANIE K. PIERSON, Assistant United States

20  Attorney, will hereby move the court for an order granting the Government's motions for reciprocal

21  discovery and for continuance.

22                                    I.

23                            STATEMENT OF FACTS

24       The Government incorporates the Statement of Facts in its Response in Opposition filed in

25  conjunction with this Notice of Motion.

26

27

28

II

## MEMORANDUM OF POINTS AND AUTHORITIES

A.   RECIPROCAL DISCOVERY UNDER RULE 16(b)

The defendants have invoked Federal Rule of Criminal Procedure 16(a) in the defense motion for discovery. Further, the Government has voluntarily complied with the requirements of Federal Rule of Criminal Procedure 16(a). Thus, the 16(b) provision of that rule, requiring disclosure by the defense when the government has complied with its discovery obligations under Rule 16(a), is applicable.

The Government, pursuant to Rule 16(b), hereby requests the defendants to permit the Government to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of the defendants and which they intend to introduce as evidence in their case-in-chief at trial.

The Government further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of the defendants, which they intend to introduce as evidence-in-chief at the trial or which were prepared by a witness whom the defendants intend to call as a witness.

The Government requests that the defense provide a written summary of all expert testimony, describing the witness's opinions, the bases and reasons for these opinions and the witness's qualifications. The Government also requests that the court make such orders as it deems necessary under Rule 16(d)(1) and (2) to insure that the Government receives the discovery to which it is entitled.

B.   RECIPROCAL DISCOVERY UNDER RULE 26.2

Federal Rule of Criminal Procedure 26.2 requires the production of prior statements of all witnesses, except the defendants. The rule thus provides for the reciprocal production of Jencks statements.

The time frame established by the rule requires the statement to be provided after the witness has testified, as in the Jencks Act. Therefore, the Government hereby requests that the defendants supply all

prior statements of defense witnesses by a reasonable date before trial to be set by the court. This request includes any form these statements are memorialized in, including but not limited to, tape recordings, handwritten or typed notes and/or reports.

### C. CONTINUE THE MOTION DATE TO JOIN THE CODEFENDANT

The date for a hearing on all motions is currently set for January 7, 2008, at 2:00 p.m. However, because codefendant Ivan Garcia Oliver is incarcerated in the custody of the sheriff of Lake County and held without bail, the United States was required to issue a writ to secure his appearance in this case. A writ has been issued to secure his appearance in this district on January 30, 2008, for arraignment.

The Government requests that the date for a hearing on motions for defendant Guillermo Garcia be continued until the date set for motions for codefendant Ivan Garcia Oliver when he arrives in this district on January 30, 2008. This will further the interests of judicial economy, and allow the defendants joined in this indictment to proceed to trial together. A "reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted" is grounds to exclude time under the Speedy Trial Act, pursuant to Section 3161(h)(7) of Title 18 of the United States Code.

## III

## CONCLUSION

For the foregoing reasons, the Government respectfully requests that its motions for reciprocal discovery and for continuance be granted.

DATED: January 7, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*/s/ Melanie K. Pierson*

MELANIE K. PIERSON
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Melanie.Pierson@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GUILLERMO GARCIA (1),  )<br>  )<br>        Defendant.  )<br>_____) | Criminal Case No. 07CR3192-IEG<br><br>CERTIFICATE OF SERVICE<br>BY PERSONAL SERVICE IN COURT |

IT IS HEREBY CERTIFIED that:

I, Melanie K. Pierson, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893; I am not a party to the above-entitled action; and

I personally served in court a copy of the Government's Notice of Motion and Motions for Reciprocal Discovery and for Continuance; Statement of Facts and Memorandum of Points and Authorities in Support of Government's Motions for Reciprocal Discovery and for Continuance, to Kurt David Hermansen, Esq., attorney for Defendant Guillermo Garcia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, January 7, 2008.

_____