UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>              Plaintiff,       )<br>                              )<br>         v.                   )<br>                              )<br>                              )<br>                              )<br>GUILLERMO GARCIA              )<br>                              )<br>                              )<br>              Defendant.      )<br>_____) | Criminal Case No. 07-CR-3192-IEG<br><br>I N F O R M A T I O N<br><br>(Superceding)<br><br>Accessory After the Fact to<br>Unlawful Disposal of Hazardous<br>Waste-Title 18,U.S.C., Sec.3;<br>Title 42,U.S.C., Sec. 6928(d)(2) |

The U.S. Attorney charges:

### Count 1

On or about March 31, 2005, within the Southern District of California, defendant GUILLERMO GARCIA, knowing that an offense has been committed, to wit: the knowing disposal of a hazardous waste without a permit, in violation of Title 42, United States Code, Section 6928(d)(2), did assist the offender in order to hinder and prevent his apprehension, trial and punishment, in violation of Title 18, United States Code, Section 3.

DATED: June 3, 2008

KAREN P. HEWITT
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney