AO 455(Rev. 5/85) Waiver of Indictment

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| GUILLLERMO GARCIA | CASE NUMBER: 07-CR-3192-IEG |

I, GUILLERMO GARCIA, the above named defendant, who is accused of Accessory After the Fact to the Unlawful Disposal of Hazardous Waste, in violation of Title 18, U.S.C., Sec. 3 and Title 42, U.S.C., Sec. 6928(d)(2) ; having been advised of the nature of the charge, the proposed information, and of my rights, hereby waive prosecution by indictment in open court on June 3, 2008, and consent that the proceeding may be by information rather than by indictment.

*[signature]*
GUILLERMO GARCIA
Defendant

*[signature]*
Kurt Hermansen, Esq.
Counsel for Defendant

FILED
JUN - 3 2008

Before: *[signature]*
JUDICIAL OFFICER