| | |
|---|---|
| 1 | Law Office of Kurt David Hermansen |
|   | Kurt David Hermansen, Cal. Bar No. 166349 |
| 2 | 110 West C Street, Suite 1810 |
|   | San Diego, California  92101-3909 |
| 3 | Telephone:   (619) 236-8300 |
|   | Facsimile:    (619) 236-8400 |
| 4 | Cellular:       (619) 436-8117 |
|   | KDH@Kurt David Hermansen.com |
| 5 | Attorney for Defendant |
|   | GUILLERMO GARCIA |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  07cr3192 IEG |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | **NOTICE OF CHANGE OF ADDRESS** |
|  | ) | **AND FAX NUMBER EFFECTIVE** |
| GUILLERMO GARCIA, | ) | **SEPTEMBER 1, 2008** |
|  | ) |  |
| Defendant. | ) |  |

To the Clerk of this Court and all parties of record:

I hereby give notice that on September 1, 2008, my address will change to:

Law Office of Kurt David Hermansen

110 West C Street, **Suite 1903**

San Diego, California 92101

Also, my fax number will change to **(619) 794-2263**.

Respectfully submitted,

Executed on: <u>August 15, 2008</u>            *s/Kurt David Hermansen*

Attorney for Defendant
Email:  KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  07cr3192 IEG |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| GUILLERMO GARCIA, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age.  My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER EFFECTIVE SEPTEMBER 1, 2008**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

**William R Burgener**
william_burgener@yahoo.com,obfel@aol.com

**Melanie K Pierson**
Melanie.Pierson@usdoj.gov,efile.dkt.mf@usdoj.gov,Terry.Pinachio@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *August 15, 2008*          *s/Kurt David Hermansen*
                                        Attorney for Defendant
                                        Email: KDH@KurtDavidHermansen.com